## FREEMAN v. WILLIAMS.

No. 4517.   Opinion Filed July 20, 1915.

(150 Pac. 882.)

**APPEAL AND ERROR—Dismissal—Failure to File Brief.** Where plaintiff in error fails to file brief, in compliance with rule 7 of this court (38 Okla. vi, 137 Pac. ix), the appeal will be dismissed for want of prosecution.

(Syllabus by Brewer, C.)

*Error from County Court, Seminole County;*
*T. S. Cobb, Judge.*

Action between Weldon Freeman and C. B. Williams. From the judgment, Freeman brings error. Dismissed.

*J. A. Baker,* for plaintiff in error.

Opinion by BREWER, C.   The petition in error, with case-made attached, was filed in this court October 31, 1912. The cause has been regularly assigned for submission, and submitted for decision on July 13, 1915. Plaintiff in error has filed no brief, and therefore the appeal will be dismissed for want of prosecution.

By the Court: It is so ordered.